UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2013 NOV 12 P 4:20
JON W. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 13-CR- **13-CR220** |
| DAVID J. LINDBERG, | 18 U.S.C. § 1001(a)(3) |
| Defendant. | |

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES:**

On or about March 26, 2009, in the Eastern District of Wisconsin, the defendant,

**DAVID J. LINDBERG,**

willfully and knowingly made and used, in a matter within the jurisdiction of a department or agency of the United States, a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries. Specifically, the defendant submitted a memorandum of interview related to an active criminal investigation to an Acting IRS Criminal Investigation Division manager falsely stating within the memorandum that the defendant interviewed "DN" on December 22, 2008 at "DN's" residence and that "DN" provided the information contained in the memorandum, when in fact, the defendant did not interview "DN" and "DN" did not live at that residence since approximately 2005.

All in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about March 26, 2009, in the Eastern District of Wisconsin, the defendant,

**DAVID J. LINDBERG,**

willfully and knowingly made and used, in a matter within the jurisdiction of a department or agency of the United States, a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries. Specifically, the defendant submitted a memorandum of interview related to an active criminal investigation to an Acting IRS Criminal Investigation Division manager falsely stating within the memorandum that the defendant interviewed "DB" on January 14, 2009 at "DB's" residence in Oconomowoc and that "DB" provided the information contained in the memorandum, when in fact, the defendant did not ever interview "DB" and "DB" did not provide the defendant the information contained in the memorandum.

All in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about March 26, 2009, in the Eastern District of Wisconsin, the defendant,

**DAVID J. LINDBERG,**

willfully and knowingly made and used, in a matter within the jurisdiction of a department or agency of the United States, a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries. Specifically, the defendant submitted a memorandum of interview related to an active criminal investigation to an Acting

IRS Criminal Investigation Division manager falsely stating within the memorandum that the defendant interviewed "JM" on December 22, 2008 at "JM's" residence in Mukwonago and that "JM" provided the information contained in the memorandum, when in fact, the defendant did not ever interview "JM" and "JM" did not provide the defendant the information contained in the memorandum.

All in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT FOUR

### THE GRAND JURY FURTHER CHARGES:

On or about March 26, 2009, in the Eastern District of Wisconsin, the defendant,

**DAVID J. LINDBERG,**

willfully and knowingly made and used, in a matter within the jurisdiction of a department or agency of the United States, a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries. Specifically, the defendant submitted a memorandum of interview related to an active criminal investigation to an Acting IRS Criminal Investigation Division manager falsely stating within the memorandum that the defendant interviewed "SC" on January 14, 2009 at "SC's" place of employment in Oconomowoc and that "SC" provided the information contained in the memorandum, when in fact, the defendant did not ever interview "SC" and "SC" did not provide the defendant the information contained in the memorandum.

All in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about March 26, 2009, in the Eastern District of Wisconsin, the defendant,

**DAVID J. LINDBERG,**

willfully and knowingly made and used, in a matter within the jurisdiction of a department or agency of the United States, a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries. Specifically, the defendant submitted a memorandum of interview related to an active criminal investigation to an Acting IRS Criminal Investigation Division manager falsely stating within the memorandum that the defendant interviewed "SH" on January 28, 2009 at "SH's" place of employment in Oconomowoc and that "SH" provided the information contained in the memorandum, when in fact, the defendant did not ever interview "SH" and "SH" did not provide the defendant the information contained in the memorandum.

All in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about March 26, 2009, in the Eastern District of Wisconsin, the defendant,

**DAVID J. LINDBERG,**

willfully and knowingly made and used, in a matter within the jurisdiction of a department or agency of the United States, a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries. Specifically, the defendant submitted a memorandum of interview related to an active criminal investigation to an Acting IRS Criminal Investigation Division manager falsely stating within the memorandum that the defendant interviewed "AR" on January 2, 2009 at "AR's" place of employment in East Troy

4

and that "AR" provided the information contained in the memorandum, when in fact, the defendant did not ever interview "AR" and "AR" did not provide the defendant the information contained in the memorandum.

All in violation of Title 18, United States Code, Section 1001(a)(3).

A TRUE BILL:

~~[signature redacted]~~
FOREPERSON

Date: 12 NOV 2013

*for* [signature]
JOHN W. VAUDREUIL
United States Attorney

Date: 11/12/13